IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| I.A., | : |
|     Petitioner, | : |
| v. | :   Case No. 4:25-cv-91-CDL-AGH |
| KRISTI NOEM, *et al.*, | :   28 U.S.C. § 2241 |
|     Respondents. | : |

## **ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on March 14, 2025 (ECF No. 1), but the filing fee was not received until March 26, 2025. Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 27th day of March, 2025.

                                            s/ *Amelia G. Helmick*
                                            UNITED STATES MAGISTRATE JUDGE